IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A.C., | : |
|     Plaintiff, | : |
| v. | :   CASE NO. 4:22-CV-55-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

## **ORDER**

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded to the Commissioner for additional administrative proceedings, to include offering Plaintiff the opportunity for another hearing.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 29th day of June, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE